IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLAND KENNEDY HICKS                                                    PLAINTIFF

v.                          Case No. 4:11-cv-433-DPM

SHANA COBBS, Officer, Badge # 8635,
North Little Rock Police Department;
GREG BLANKENSHIP, Officer, Badge #4530,
North Little Rock Police Department; and
AMANDA KISSINGER, Officer, Badge
#1577, North Little Rock Police Department                              DEFENDANTS

## ORDER

Local Rule 5.5(c)(2) allows for dismissal without prejudice of a *pro se* plaintiff's complaint "if any communication from the Court to [the] plaintiff is not responded to within thirty (30) days[.]" It also states that a *pro se* plaintiff such as Hicks has a duty "to monitor the progress of [his] case, and to prosecute or defend the action diligently." *Ibid*.

On 12 July 2011, the Court granted Hicks until 5 August 2011 to respond to the pending motion to dismiss. The new deadline has come and gone, but Hicks has neither responded to the motion nor made any further contact with the Court. His complaint is therefore dismissed without prejudice. Local

Rule 5.5(c)(2). The pending motions to dismiss, *Document Nos. 9 & 18*, are denied as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 Sept. 2011