IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLAND KENNEDY HICKS                                                    PLAINTIFF

v.                            Case No. 4:11-cv-433-DPM

SHANA COBBS, Officer, Badge # 8635,
North Little Rock Police Department;
GREG BLANKENSHIP, Officer, Badge #4530,
North Little Rock Police Department; and
AMANDA KISSINGER, Officer, Badge
#1577, North Little Rock Police Department                              DEFENDANTS

JUDGMENT

Roland Hicks's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 Sept. 2011_